| | |
|---|---|
| **From:** | Kelsey Heilman |
| **To:** | Simon, Dan; Carlene Rios; Ed Johnson; Brannon, Jackson; Melanie Maldonado; Ped, Thomas; Cartier, Norah; Tiland, Brenda; Omier, Michael; MariRuth Petzing |
| **Bcc:** | 21-0264374@olc.legalserver.org |
| **Subject:** | supplemental RFP to PPB defendants |
| **Date:** | Thursday, September 29, 2022 4:08:00 PM |
| **Attachments:** | 2022.09.29 RFP-PPB Defendants.docx<br>image002.png |

Good afternoon, Dan,

Attached please find a second RFP directed to the PPB defendants in *Lovato v. Delta Hospitality Group*, 3:22-cv-00264-SB.

Also, as a heads up, we are considering seeking leave to amend the complaint to add a *Monell* claim against the Portland Police Bureau. We are going to wait until after all depositions close to make a decision so we can seek leave for a single amendment, if one is warranted. We will, of course (and as required), confer with you before we file any motion.

Kelsey



Kelsey McCowan Heilman, she/her/ella

Senior Staff Attorney

Portland Regional Office

522 SW Fifth Avenue, Suite 812

Portland, OR 97204

503.473.8324 (p)

503.295.0676 (f)

kheilman@oregonlawcenter.org